

ORIGINAL

FILED

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0251

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

ROBERT RONALD BRADY,

  Defendant and Appellant.

FILED

OCT 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 23, 2024, within which to prepare, file, and serve the State's response brief.

DATED this 18th day of October, 2024.

For the Court,

By _____
  Chief Justice